## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:18-cv-08458-VSB              Purchased/Filed: September 17, 2018
STATE OF NEW YORK    UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT

*Pablo Ramirez Castillo, individually and on behalf of others similarly situated*    Plaintiff

against

*Barking Dog NYC LLC (d/b/a Barking Dog), et ano.*    Defendant

STATE OF NEW YORK
COUNTY OF ALBANY   SS.:

___James Perone___, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on ___September 19, 2018___, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action and Complaint on

___Barking Dog NYC LLC (d/b/a Barking Dog)___, the Defendant in this action, by delivering to and leaving with ___Sue Zouky___, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___303 Limited Liability Company Law___.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55-60___   Approx. Wt: ___125lbs___   Approx. Ht: ___5'1___
Color of skin: ___White___   Hair color: ___Red/Blonde___   Sex: ___Female___   Other: _____

Sworn to before me on this

___19th___ day of ___September, 2018___

*[signature: HMo]*

HEATHER M. MORIGERATO
NOTARY PUBLIC, State of New York
NO. 01MO6261464, Albany County
Commission Expires May 14, 2020

*[signature]*
James Perone
**Attny's File No.**
Invoice•Work Order # SP1813430

*SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179*