MICHAEL FAILLACE &ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X

PABLO RAMIREZ CASTILLO, *individually and on behalf of others similarly situated,*

                              *Plaintiff*,

           -against-

BARKING DOG NYC LLC (D/B/A BARKING DOG) and SOKOL KACL,

                             *Defendants*.

**18-cv-8458**

**ORDER TO SHOW CAUSE
TO OBTAIN DEFAULT JUDGMENT**

----------------------------------------------------------X

**ORDER TO SHOW CAUSE**

Upon the declaration of Michael Faillace, Esq. dated June 7, 2019 and attached exhibits, it is ORDERED:

That Defendants Barking Dog NYC LLC (d/b/a Barking Dog) and Sokol Kacl shall appear to show cause before a motion term of this Court at court room 518 of the United States Courthouse at 40 Foley Square, in the City, County and State of New York, on _____----_, at _____ o'clock in the _____ noon thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against those Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants on or before ___ o'clock in the ____ noon on _____, 2019, by _____, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court on or before __ o'clock in the ____ noon on _____, 2019; and it is further

ORDERED that any reply papers by Plaintiffs be filed with this Court on or before __ o'clock in the ____ noon on _____, 2019; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiffs shall file proof of service of this Order to Show Cause by _____, 2019.

Dated: New York, New York

ISSUED: _____

                                                  _____
                                                  HONORABLE VERNON S. BRODERICK
                                                  UNITED STATES DISTRICT JUDGE

To:
    Barking Dog NYC LLC &
    Sokol Kacl
    1678 Third Ave
    New York, NY 10128