Privileged Settlement Communication                                           Subject to  Revision / Correction

| Plaintiff | Pay Period | | No. Weeks in Pay Period | Hours Per Week in Period | No. of SOH Days | Calc. Regular Rate of Pay | Calc. OT Rate of Pay | Minimum Wage Rate | Minimum Overtime (OT) | Lawful Weekly Pay | "Credited" Weekly Pay | Underpayment Per Week | Unpaid Wage & OT | Liq. Damages on Wages & OT | Unpaid Spread of Hours (SOH) Pay |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | | | | | | | | |
| **Pablo Ramirez Castillo** | 1/1/2017 | 9/15/2017 | 37 | 48 | 0 | $ 4.00 | $ 6.00 | $ 11.00 | $ 16.50 | $ 572.00 | $ 192.00 | $ 380.00 | $ 14,060.00 | $ 14,060.00 | $ - |
| | | | | | | | | | | | | | $ 14,060.00 | $ 14,060.00 | $ - |
| **TOTAL** | | | | | | | | | | | | | $ 14,060.00 | $ 14,060.00 | $ - |

1  This chart is based upon preliminary information and the expected testimony of Plaintiffs.
2  Plaintiffs reserve the right to correct or amend this chart.
3  This Chart was prepared without the benefit of discovery, or the benefit of Defendants' required wage and hour records under the FLSA and NYLL.

| Filing Date |
|---|
| FLSA |
| NYLL |
| Amendment |
| Today |

Privileged Settlement Communication                              Subject to Revision / Correction

| Plaintiff | Pay Period | | Liq. Damages on unpaid SOH | Annual Wage Notice | Weekly Wage Statement | Pre Jud. Interest (PJI) on OT & Wages | (PJI) Spread of Hours | Tools of the Trade | Total Per Period |
|---|---|---|---|---|---|---|---|---|---|
| | From | To | | | | | | | |
| **Pablo Ramirez Castillo** | 1/1/2017 | 9/15/2017 | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,625.31 | $ - | $ 195.00 | $ 40,940.31 |
| | | | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,625.31 | $ - | $ 195.00 | $ 40,940.31 |
| | | | | | | | | | |
| **TOTAL** | | | $ - | $ 5,000.00 | $ 5,000.00 | $ 2,625.31 | $ - | $ 195.00 | $ 40,940.31 |

|  |
|---|
| 9/17/2018 |
| 10/14/2012 |
| 10/14/2009 |
| 4/9/2011 |
| 6/5/2019 |