**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
PABLO RAMIREZ CASTILLO, *individually*
*and on behalf of others similarly situated,*    **18-cv-8458**

                *Plaintiff,*

    -against-    **PROPOSED**
                                  **DEFAULT JUDGMENT**

BARKING DOG NYC LLC (D/B/A
BARKING DOG) and SOKOL KACL,

                *Defendants*
-------------------------------------------------------X

## JUDGMENT

This action was commenced on September 17, 2018 (Doc. No. 1). Summonses were issued for the defendants on September 18, 2018 (Doc. Nos. 6 and 7). Service was then made on Barking Dog NYC LLC on September 19, 2018 (Doc. No. 8) and on Sokol Kacl on September 27, 2018 (Doc. No. 9).

To date, no Defendant has answered the Complaint or otherwise appeared or moved, and the Clerk of this Court has certified the default of Defendants Barking Dog NYC LLC and Sokol Kacl (Doc. Nos. 13 and 14). The time for answering the Complaint having expired, it is

NOW, on motion of Plaintiffs, by their attorneys Michael Faillace & Associates, P.C., it is hereby ORDERED, ADJUDGED AND DECREED:

That the Plaintiff has judgment jointly and severally against the Defendants Barking Dog NYC LLC and Sokol Kacl, in the amount of $40,940.31, including (A) compensatory damages for unpaid minimum wages in the amount of $14,060, (B) liquidated damages for unpaid minimum wages under the FLSA/NYLL in the amount of $14,060, (C) statutory damages for violation of New York Labor Law § 195 in the amount of $10,000, and (D) pre-judgment interest on unpaid

minimum wages calculated at the rate of 9% per annum until to the date of judgment, for $2,625.31 calculated from September 17, 2018 until June 5, 2019 and totaling _____ until the date of the judgment; and, (E) tools of the trade totaling $195.

That the Plaintiff is awarded attorney's fees in the amount of $4,865, and costs in the amount of $514,

That the Plaintiff is awarded post judgment interest, as calculated under 28 U.S.C. § 1961.

That if any amounts remain unpaid upon the expiration of ninety days following issuance of judgment, or ninety days after expiration of the time to appeal and no appeal is then pending, whichever is later, the total amount of judgment shall automatically increase by fifteen percent, as required by NYLL § 198(4).

Dated:      New York, New York
            _____, 2019

_____
VERNON BRODERICK
UNITED STATES DISTRICT JUDGE

This document was entered on the docket on _____.