MICHAEL FAILLACE &ASSOCIATES, P.C.
Michael A. Faillace [MF-8436]
60 East 42nd Street, Suite 4510
New York, New York 10165
Telephone: (212) 317-1200
Facsimile: (212) 317-1620
*Attorneys for Plaintiffs*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/19
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X

PABLO RAMIREZ CASTILLO, *individually
and on behalf of others similarly situated,*

　　　　　　　　　　　　　　*Plaintiff,*

-against-

BARKING DOG NYC LLC (D/B/A BARKING
DOG) and SOKOL KACL,

　　　　　　　　　　　　　　*Defendant*

-----------------------------------------------------------X

18-cv-8458

**ORDER TO SHOW CAUSE
TO OBTAIN DEFAULT JUDGMENT**

## ORDER TO SHOW CAUSE

Upon the declaration of Michael Faillace, Esq. dated June 7, 2019 and attached exhibits, it is ORDERED:

That Defendants Barking Dog NYC LLC (d/b/a Barking Dog) and Sokol Kacl shall appear to show cause before a motion term of this Court at court room 518 of the United States Courthouse at 40 Foley Square, in the City, County and State of New York, on 7/12/2019, at 11:30 ~~o'clock~~ in the fore noon thereof, or as soon thereafter as counsel may be heard, why a judgment of default should not be entered pursuant to Rule 55 of the Federal Rules of Civil Procedure against those Defendants; and it is further

ORDERED that service of a copy of this Order and annexed affirmation and exhibits upon the Defendants ~~on or before ___ o'clock in the ___ noon on~~ by June 12, 2019, by first class mail, shall be deemed good and sufficient service; and it is further

ORDERED that any opposition by Defendants be filed with this Court ~~on or before~~ by ~~o'clock in the~~ ~~noon on~~ June 26, 2019; and it is further

ORDERED that any reply papers by Plaintiffs be filed with this Court ~~on or before~~ by ~~o'clock in the~~ ~~noon on~~ July 3, 2019; and it is further

ORDERED that the Defendants are advised that failure to respond to the Order to Show Cause may be grounds for the granting of a default judgment against them, in which event the defendants will have no trial; and it is further

ORDERED that the Plaintiffs shall file proof of service of this Order to Show Cause by June 14, 2019.

Dated: New York, New York

ISSUED: 6/7/19

_____
HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE

To:
    Barking Dog NYC LLC &
    Sokol Kacl
    1678 Third Ave
    New York, NY 10128