UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PABLO RAMIREZ CASTILLO,

                Plaintiff,                              18 **CIVIL** 8458 (VSB) (OTW)

        -against-                              **DEFAULT JUDGMENT**

BARKING DOG NYC LLC, et al.,
                Defendants.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated September 23, 2020, Magistrate Judge Wang's Report and Recommendation is adopted in its entirety; Defendants shall be held jointly and severally liable to Plaintiff for $36,196 in damages; $2,677.67 in prejudgment interest plus an additional $3.23 per day from August 17, 2019 to the date of judgment in the amount of $125.97; $3,140 in attorney's fees and costs; and post-judgment interest at the statutory rate pursuant to 28 U.S.C. § 1961; accordingly, this case is closed.

**Dated:**  New York, New York
          September 24, 2020

                                                                     **RUBY J. KRAJICK**
                                                                       _____
                                                                           Clerk of Court
                                            **BY:**
                                                                           Deputy Clerk